| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 11CR00104-001-JLS |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:13-00093 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bhupinder Singh Sood<br>729 Bresslyn<br>Nashville, Tennessee 37205 | Southern | San Diego |
| | NAME OF SENTENCING JUDGE<br>Janis L. Sammartino | |
| | DATES OF SUPERVISED RELEASE | FROM<br>October 7, 2011 | TO<br>October 6, 2014 |

OFFENSE

18 U.S.C. § 152(1), Concealment of Assets

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/11/12
Date

Janis L. Sammartino
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named Supervised Releasee be accepted and assumed by this Court from and after the entry of this order.

2-7-13
Effective Date

United States District Judge

dm4/dm4